IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
) Case No. 3:12-0165-2
v. )
)
BARRY VAIL
Defendant

## MOTION TO SET PLEA HEARING

Comes now the Defendant, BARRY VAIL, by and through Counsel and moves to set a hearing in order to change his plea. The AUSA and Counsel for Defendant suggest Monday, May 20, 2013 at 3:00 p.m.

RESPECTFULLY SUBMITTED,

/s/ J. Kevin Cartwright

JAMES KEVIN CARTWRIGHT (#011241)
Attorney at Law
P. O. Box 624
Clarksville, Tennessee 37040-0624
Tel. (931) 647-3999
Fax. (931) 645-9145