UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-00165 |
| ) | CHIEF JUDGE HAYNES |
| ERIC R. ALEXANDER ) | |

**MOTION TO CONTINUE TRIAL**

[Handwritten annotation: GRANTED. The motion is granted in part to allow defense counsel to be prepared for trial. (signature) 6-21-13]

Defendant Eric Alexander respectfully moves the Court to continue the trial set for July 9, 2013, and that the Court cancel the pretrial conference/plea hearing set for June 24, 2013.

Section 3161(h)(7)(A) of Title 18 provides, in pertinent part, that any period of delay resulting from a continuance granted on the basis of a court's findings that the ends of justice served by granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial shall be excluded in computing the time within which the trial must commence. The factors that a judge shall consider in determining whether to grant a continuance are found at 18 U.S.C. § 3161(h)(7)(B)(iv). One such factor is whether the denial of a continuance would deny counsel for the defendant "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

On February 6, 2013, the government filed a superseding indictment that featured a new charge of conspiring to traffic in a controlled substance analogue. The indictment alleges that four separate chemical compounds constitute controlled substance "analogues." To properly defend against these charges, Alexander needs to thoroughly investigate and examine each of these chemical compounds and the legal and factual context of the alleged trafficking activities.