UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-cr-00165 |
| | ) | CHIEF JUDGE HAYNES |
| TABATHA LYNN BAIRD | ) | |

MOTION TO CONTINUE
SENTENCING HEARING

*[Handwritten: Granted. This motion is granted. William [Haynes?] 7-31-13]*

Comes the Defendant, by and through counsel, and moves the Court to continue the sentencing hearing presently set for August 12, 2013.

The parties are in agreement that the hearing should be reset in that certain matters remain pending that could impact the sentence imposed.

WHEREFORE, the Defendant prays the Motion be granted and the hearing be reset to a later date.

Respectfully submitted,

/s/ Michael J. Flanagan
Michael J. Flanagan
Attorney for Defendant
95 White Bridge Road, Suite 208
Nashville, TN 37205
615/356-1580

1