IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cr-00165-2 |
| | ) | Chief Judge Haynes |
| BARRY GREGORY VAIL | ) | |

## ORDER

The sentencing hearing is set in this action for **Friday, May 9, 2014 at 3:00 p.m.**, in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 27th day of January, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court