IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:12-cr-00165-3 |
| | ) | Chief Judge Haynes |
| TABATHA LYNN BAIRD | ) | |

## ORDER

The sentencing hearing is set in this action for **Friday, May 9, 2014 at 3:30 p.m.**, in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 29th day of January, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court